# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAVID LANGSFORD

VERSUS

ANGEL NAILS SPA, JANE DOE
AND ABC INSURANCE COMPANY

NO.   2023 CW 0001

APR 1 9 2023

---

In Re:   Bankers Specialty Insurance Company, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2020-15397.

---

BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.

**WRIT NOT CONSIDERED.**  The writ application was not timely filed under Rules 4-2 and 4-3, Uniform Rules of Louisiana Courts of Appeal, in accordance with the provisions of La. Code Civ. P. art. 1914(A) and (B).  There is no evidence that a judgment was ordered by the trial court or that a written request for judgment was filed within 10 days of the ruling in open court so as to make the notice of intent filed on November 14, 2022 timely.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 2-18.7 and 4-9, Uniform Rules of Louisiana Courts of Appeal.

**PMc**
**GH**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_a.s.N_

DEPUTY CLERK OF COURT
FOR THE COURT